THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VITO ROMANO, Appellant.

Argued April 7, 1953; decided April 24, 1953.

*David F. Price* for appellant.

*Miles F. McDonald, District Attorney (Aaron E. Koota* and *Julius Helfand* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.